IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

DENEEN HARRIS,
et al.,

    Plaintiffs,

v.                                  Civil Action No. 3:10cv27

UNITED STATES OF AMERICA,

    Defendant.

**ORDER**

By Order entered herein on April 29, 2010, the pending MOTION TO DISMISS (Docket No. 4) was referred to Magistrate Judge Dennis W. Dohnal for report and recommendation.

Having reviewed the REPORT AND RECOMMENDATION of the Magistrate Judge (Docket No. 14) entered herein on June 8, 2010, the plaintiffs' objections thereto (Docket No. 15), the defendant's response to plaintiffs' objections (Docket No. 19) and having considered the record and the REPORT AND RECOMMENDATION and finding no error therein, it is hereby ORDERED that:

(1) The plaintiffs' objections are overruled;

(2) The REPORT AND RECOMMENDATION of the Magistrate Judge (Docket No. 14) is ADOPTED on the basis of the reasoning of the REPORT AND RECOMMENDATION;

(3) The defendant's MOTION TO DISMISS (Docket No. 4) is GRANTED; and

(4) This action is dismissed with prejudice.

The issues are adequately addressed by the briefs and oral argument would not materially aid the decisional process.

It is so ORDERED.

/s/ *REP*
Robert E. Payne
Senior United States District Judge

Richmond, Virginia
Date: July 9, 2010